FILED
June 14, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003561627

# EXHIBIT D

# EXHIBIT E

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Robert C. Weems (148156) Margaret Mullin Weems (164030)<br>Weems Law Offices<br>769 Center Blvd., PMB 38<br>Fairfax, CA 94930<br>TELEPHONE NO.: 415-881-7653 FAX NO. (Optional): 866-610-1430<br>E-MAIL ADDRESS (Optional): rcweems@weemslawoffices.com<br>ATTORNEY FOR (Name): All Plaintiffs | FILED<br>11 FEB 17 PM 3:03<br>ROSA JUNQUEIRO, CLERK<br>By RITA L. GÓMEZ<br>DEPUTY |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Joaquin<br>STREET ADDRESS: 222 E Weber Ave<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Stockton, CA 95201<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: Peters Real Estate Holdings, LLC, et al<br>DEFENDANT/RESPONDENT: Falcon Financial LLC, et al | |
| DECLARATION | CASE NUMBER:<br>39-2011-00257734-CU-OR-STK |

(see attached page for Declaration of Steven J. Pinkerton, City Manager of City of Manteca)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 17, 2011

Steven J. Pinkerton
(TYPE OR PRINT NAME) (SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☐ Other (Specify):
Opinion Witness for Plaintiffs



# CITY OF MANTECA

ADMINISTRATION

I, Steven J. Pinkerton, declare as follows:

1. I am the City Manager of the City of Manteca. I make this declaration in support of Peters Real Estate Holdings, LLC, Central Valley Buick, Olds, Pontiac-GMC, Inc. (known to me as "Manteca Auto Plaza"), and Michael Peters' request for an order enjoining foreclosure on any security interest held by defendants at least until after a trial on the merits in this action and at least until the defendants have demonstrated they are entitled in any way to move against their purported security interests. On behalf of the City of Manteca, I would like to offer our support for preserving Manteca Auto Plaza, our local Buick/GMC dealer. I could and would competently testify to all of the foregoing if called upon to do so.

2. Manteca Auto Plaza was established in 2000 but a GMC auto dealership at the same location has been a fixture in our community since 1952, nearly 60 years. The company provides approximately 45 full time jobs, which is a great asset considering our unemployment rate exceeds 15 percent.

3. In addition to employment, Manteca Auto Plaza generates significant revenue to the City. The City receives via its sales tax 1.5 percent of the sales revenue of the business. This makes the Auto Plaza one of the largest sales tax revenue generators in the entire community. The property is prominently located at the Main Street exit of Highway 120, and is part of a commercial anchor that includes Wal-Mart, Safeway and a variety of other commercial enterprises.

4. The current adjustment in property values has affected all of us in San Joaquin County. The County has reduced the assessed valuation three times since 2008, which has resulted in a valuation decline of approximately 20 percent. Manteca Auto Plaza is just one many commercial properties in the region and in our community where national and state economic forces have resulted in significant local impacts on property values and real estate financing.

5. We urge you to consider any reasonable alternative to allowing Manteca Auto Plaza to keep their doors open and continue to operate in Manteca. The loss of this company would hurt our local economy and add another vacant property to the list with very few prospects for replacement business tenants.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this was executed on February 17, 2011 at San Joaquin County, California.

_____
Steven J. Pinkerton, City Manager

1001 W. CENTER ST. • MANTECA, CA 95337 • (209) 239-8400 • FAX (209) 825-2333
www.ci.manteca.ca.us
Printed on Recycled Paper

Page 2 of 2

# EXHIBIT F

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Robert C. Weems (148156) Margaret M. Weems (164030)<br>Weems Law Offices<br>769 Center Blvd., PMB 38<br>Fairfax, CA 94930<br>TELEPHONE NO.: 415-881-7653  FAX NO. (Optional): 866-610-1430<br>E-MAIL ADDRESS (Optional): rcweems@weemslawoffices.com<br>ATTORNEY FOR (Name): All Plaintiffs | FILED<br>11 FEB 17 PM 3:03<br>ROSA JUNQUEIRO, CLERK<br>RITA L. GOMEZ<br>BY_____<br>DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Joaquin
STREET ADDRESS: 222 E Weber Ave
MAILING ADDRESS:
CITY AND ZIP CODE: Stockton, CA 95202
BRANCH NAME:

PLAINTIFF/PETITIONER: Peters Real Estate Holdings, LLC
DEFENDANT/RESPONDENT: Falcon Financial, LLC et al

| DECLARATION | CASE NUMBER:<br>39-2011-00257734-CU-OR-STK |

I, Barry Ben-Zion, declare:

1. I am an economist. My credentials to express economic opinions regarding the economic impact of a business closure is indicated in my Curriculum Vitae, attached to this declaration herein as Exhibit "A."

2. I have been retained by Robert C. Weems, Esq. to express an opinion regarding the economic consequences of a closure of the Central Valley Buick (a car dealership) located in Manteca.

3. I hereby offer a preliminary expert opinion as to the likely economic impact of on the City of Manteca and its immediately surrounding area in the event that Central Valley Buick goes out of business as a result of foreclosure. My opinion is offered in support of Plaintiffs' Motion for Preliminary Injunction.

4. There is a substantial likelihood of immediate and irreparable harm, not only to the Plaintiffs in this action, but also to innocent third parties, such as Plaintiffs' employees, the City of Manteca, and nearby communities like Stockton, if the Plaintiffs' auto dealership goes out of business.

5. Filed in this action and part of the court record is the Declaration of Mike Peters, the President of Central Valley Buick Olds, Pontiac, GMC, Inc.. Mike Peters testifies that the Central Valley Buick auto dealership is "one of the larger employers in Manteca, having 50 employees with an average salary of about $50,000. It is also one of the larger contributors to the local economic tax base as significant sales, fees, licenses and other taxes are generated by the sale of large ticket items such as automobiles. The dealership pays roughly $200,000-$300,000 a quarter in such taxes, without consideration of payroll taxes, withholding, benefit contributions or the like."

6. The 50 or so households that would lose their incomes would not only suffer individual hardships, but as the result of the loss of their wages, a significant economic loss would be felt in the surrounding community, since the income of these employees, previously earned and spent in the community, would no longer be feeding the local economy.

[cont., page 2]

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

_____  _____
(TYPE OR PRINT NAME)              (SIGNATURE OF DECLARANT)

☐ Attorney for  ☐ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☐ Other (Specify):

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

DECLARATION

1 of 7
Ben-Zion Decl

PREH v. Falcon Financial

| PLAINTIFF/PETITIONER: Peters Real Estate Holdings, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Falcon Financial LLC | 39-2011-00257734-CU-OR-STK |

MC-031

# DECLARATION

*(This form must be attached to another form or court paper before it can be filed in court.)*

[Cont. from page 1]

7. The withdrawal of these households' disposable income in the local economy has a "multiplier effect." A multiplier effect is the ratio of the total economic impact on the income of the region to the initial decline in expenditure.

8. A study by the Center for Automotive Research of Ann Arbor, Michigan, titled Contribution of the Automotive Industry to the Economies of All Fifty States and the United States, (April 2010), indicates that the multiplier effect of automobile dealerships in the United States is approximately 2.1, meaning that each $1 of expenditure by an automobile dealership would tend to create an additional $1.10 of earned income. This additional earned income would be the earnings generated by intermediate and spin off employment created by the initial spending. Intermediate and spin off employment are terms describing the jobs that would be created in the economy to serve the dealership employees, such as professional services, retail sales, finance and insurance, transportation services, restaurants, and the like.

9. Once those households' lost income is withdrawn from the local community the multiplier effect also applies to contraction of the community economy.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 17, 2011

Barry Ben-Zion, Ph.D.
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☑ Other (Specify): Plaintiffs' Opinion Witness

Form Approved for Optional Use
Judicial Council of California
MC-031 [Rev. July 1, 2005]

**ATTACHED DECLARATION**

2 of 7
Ben-Zion Decl

PREH v. Falcon Financial

# EXHIBIT A

**BARRY BEN-ZION, Ph.D.**
*Consulting Economist*

3588 Kelsey Knolls, Santa Rosa, CA 95403 • Telephone (707) 526-2236
Fax (707) 526-2258
e-mail: barry@bbenzion.com

# CURRICULUM VITAE

## EMPLOYMENT

1973 to Present:
Barry Ben-Zion, Ph.D. – Consulting Economist
Santa Rosa, California.

1969 to 2000:
Professor of Economics, School of Business & Economics, Sonoma State University, Rohnert Park, California.

1967 to 1969:
Instructor of Economics, Lane Community College,
Eugene, Oregon.

1965 to 1969:
Research Assistant, Department of Economics, University of Oregon,
Eugene, Oregon.

## EDUCATION & DEGREES

Ph.D. (Economics), 1973, University of Oregon.

M.A. (Economics), 1968, University of Oregon.

B.A. (Economics), 1965, Sonoma State University.

## FIELDS OF STUDY IN Ph.D. PROGRAM

Microeconomic and Macroeconomic Theory
Quantitative Economic Analysis and Statistics
Money and Banking
Economic Development and History
Industrial Organization and Antitrust Policy

4 of 7
Ben-Zion Decl

PREH v. Falcon Financial

# BARRY BEN-ZION, Ph.D.
*Consulting Economist*

## PUBLICATIONS

*The Nursing and Convalescent Industry of Sonoma County*, Prepared for the Nursing Home Association, 1970.

*The Market for Student Housing at Sonoma State*, State of California Publications, 1971.

*The Theory and Practice of Multi-Level Marketing: An Overview of Selected Economic and Related Legal Issues*, International Direct Marketing Association, 1973.

*Alternative Concepts of Export Diversification: An Application to Export Growth*, University of Oregon, 1973.

*Economic Impact of Land Use Alternatives for Sonoma County 1975-2000*, Sonoma County Planning Department, 1975.

*Countywide Population Projections for the Sonoma County General Plan*, Sonoma County Planning Department, 1975.

*Economic Evaluation of Sonoma County and the Proposed General Plan: A Technical Report*, University Research Center, 1976.

*Sources of Information for Research in Economics*, State of California Publications, 1977.

"*Life Expectancy and Actuarial Present Values: A Note to Forensic Economists,*" (with Ronald G. Reddall), <u>Research in Law and Economics: A Research Journal</u>, Volume 7, 1985.

"*The Real Price of a Buy-Out,*" (with Ronald G. Reddall), <u>Family Advocate</u> (A Practical Journal of the American Bar Association, Family Law Section), Vol. 8, No. 2, Fall 1985.

"*Treatment of Future Salary Increases in Pension Buyout Valuations,*" (with Murray Projector and Ronald G. Reddall), <u>Family Law News</u>, Vol. 10, No. 3, Fall/Winter 1987.

"*A Tale of Two Surveys: California Dissolution Retirement Experts' Fees and Valuation Opinions,*" <u>Family Law News</u>, Vol. 16, No. 3, Winter 1993.


5 of 7
Ben-Zion Decl.

PREH v. Falcon Financial

## PUBLICATIONS (continued)

*Economic Information: Where To Find It*, BZ Publications, 1994 (2d Edition 1995).

*Information on the California Economy: Where To Find It*, BZ Publications, 1995.

*Trends in Sonoma County Retailing* (with Collin Wilkerson), SSU, Department of Economics, 1998.

*Marin County: Trends in Retail Sales, 1980 -1998* (with Joshua Shaeffer), SSU, Department of Economics, 2000.

*Sonoma County: Trends in Retail Sales, 1980-1998* (with Joshua Shaeffer), SSU, Department of Economics, 2000.

"Neutralizing the Adverse Tax Consequences of a Lump-Sum Award in Employment Cases," Journal of Forensic Economics, Vol. XIII, No. 3, Fall 2000.

*"The Valuation of the Loss of Future Pension Income,"* Journal of Legal Economics, Vol. 11, No. 3, Winter 2001-02.

*"Assessing Economic Damages in Personal Injury and Wrongful Death Litigation: The State of California,"* Journal of Forensic Economics, Vol. XVII, No. 3, Fall 2004.

## PROFESSIONAL ASSOCIATIONS

American Economic Association

Western Economic Association, International

National Association of Forensic Economics
(VP Western Region and Board Member, 1996-2000)

American Academy of Economic and Financial Experts
(Board Member, 1995-1999 and 2007 - )

American Rehabilitation Economics Association
(Board Member, 1995-1997)



*BARRY BEN-ZION, Ph.D.*
*Consulting Economist*

## RESEARCH

Regional economic projections for public agencies and private firms; Studies on sources of information for research in economics; Research on various forensic economic topics.

## FORENSIC ASSIGNMENTS

Forensic assignments include economic damage assessments in personal injury, wrongful death, and wrongful termination cases; losses associated with wage and hour disputes; business damages arising from fraud, breach of contract, and antitrust cases; valuation of business firms and professional practices; actuarial valuations of pensions, annuities, and structured settlements.

## TRIAL TESTIMONY

Testimony has been presented in numerous trials adjudicated in Federal and State Courts in California, Oregon, Washington, Idaho, Nevada, Colorado, and Arizona.

Revised January 1, 2009

7 of 7
Ben Zion Decl.

PRLH v. Falcon Financial