FILED
June 14, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003561608

**8**

MACDONALD & ASSOCIATES
IAIN A. MACDONALD (SBN 051073)
221 Sansome Street, Third Floor
San Francisco, CA 94104
Telephone: (415) 362-0449
Facsimile: (415) 394-5544

Attorneys for Debtor-in-Possession,
PETERS REAL ESTATE HOLDINGS, LLC

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>PETERS REAL ESTATE HOLDINGS, LLC,<br><br>Debtor. | Case No. 11-24137 – D11<br><br>Chapter 11<br><br>CORRECTED EXHIBITS IN SUPPORT OF DEBTOR'S CLOSING MEMORANDUM RE FALCON 2003-1 MANTECA 818017 LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>Date: June 15, 2011<br>Time: 10:00 a.m.<br>Place: 501 "I" Street, Room 34<br>　　　　 Sacramento, CA<br>　　　　 (Judge Bardwil)<br><br>Judge Robert S. Bardwil |

COMES NOW Peters Real Estate Holdings, LLC, Debtor-in-Possession herein, by and through its attorneys, and provides the following exhibits in support of Debtor's Closing Memorandum Re Falcon 2003-1 Manteca 818017 LLC's Motion for Relief From the Automatic Stay:

**Exhibit A -** 2011 Forecast; and

**Exhibit B -** January 1, 2011 – April 30, 2011 – Balance Sheet.

DATED: June 10, 2011　　　　　　　　MACDONALD & ASSOCIATES

　　　　　　　　　　　　　　　　　　By:　/s/ Iain A. Macdonald
　　　　　　　　　　　　　　　　　　　　Iain A. Macdonald
　　　　　　　　　　　　　　　　　　　　Attorneys for Debtor-in-Possession,
　　　　　　　　　　　　　　　　　　　　Peters Real Estate Holdings, LLC

CORRECTED EXHIBITS IN SUPPORT OF DEBTOR'S CLOSING MEMORANDUM RE FALCON 2003-1　　1
MANTECA 818017 LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

# EXHIBIT A

| NO | TOTAL INCOME AND EXPENSE - DEALERSHIP | | | 2011 FORECAST | JAN. - DEC. |
|---|---|---|---|---|---|
| 1 | NET SALES | | | | 21,500,000 |
| 2 | GROSS PROFIT / INCOME | | | | 4,300,000 |
| 3 | | VARIABLE | EXPENSES | | |
| 4 | | | VEH. SLSPLE COMPENSATION & OTHER | | 250,000 |
| 5 | | | DELIVERY EXPENSE | | 10,000 |
| 6 | | | POLICY WORK-VEHICLES | | 4,500 |
| 7 | | | **TOTAL VARIABLE** | | 264,500 |
| 8 | | P | SALARIES-OWNERS / EXECUTIVE MANAGERS | | 90,000 |
| 9 | | E | SALARIES-SUPERVISION | | 598,600 |
| 10 | | R | SALARIES-CLERICAL | | 147,000 |
| 11 | | S | OTHER SALARIES AND WAGES | | 602,000 |
| 12 | | O | ABSENTEE COMPENSATION | | 73,800 |
| 13 | | N | INCENTIVES-SUPERVISION | | 0 |
| 14 | | N | TAXES-PAYROLL | | 217,000 |
| 15 | | E | EMPLOYEE BENEFITS | | 262,000 |
| 16 | | L | RETIREMENT BENEFITS | | 5,000 |
| 17 | F | | **TOTAL PERSONNEL** | | 1,995,400 |
| 18 | | | COMPANY VEHICLE EXPENSE | | 69,000 |
| 19 | I | | OFFICE SUPPLIES AND EXPENSES | | 12,000 |
| 20 | | | OTHER SUPPLIES | | 123,000 |
| 21 | X | S | E-COMMERCE ADVERTISING/FEES | | 0 |
| 22 | | E | ADVERTISING | | 460,000 |
| 23 | E | M | ADVERTISING REBATES | | 0 |
| 24 | | I | CONTRIBUTIONS | | 8,200 |
| 25 | D | | POLICY WORK-PARTS AND SERVICE | | 65,000 |
| 26 | | | INFORMATION TECHNOLOGY SERVICES | | 200,000 |
| 27 | | F | OUTSIDE SERVICES (OTHER) | | 98,000 |
| 28 | | I | TRAVEL AND ENTERTAINMENT | | 8,200 |
| 29 | O | X | MEMBERSHIP DUES AND PUBLICATIONS | | 8,000 |
| 30 | | E | LEGAL AND AUDITING EXPENSE | | 36,000 |
| 31 | V | D | TELEPHONE | | 28,000 |
| 32 | | | TRAINING EXPENSE | | 24,000 |
| 33 | E | | INTEREST-FLOORPLAN | | 15,000 |
| 34 | | | INTEREST-FLOORPLAN CREDIT | | 0 |
| 35 | R | | INTEREST-NOTES PAYABLE (OTHER) | | 5,000 |
| 36 | | | INSURANCE - INVENTORY | | 0 |
| 38 | | | FREIGHT, POSTAGE & SHIPPING | | 2,500 |
| 39 | E | | MISCELLANEOUS EXPENSE | | 5,000 |
| 40 | | | **TOTAL SEMI-FIXED** | | 1,166,900 |
| 41 | A | | RENT | | 300,000 |
| 42 | | | AMORTIZATION-LEASEHOLDS | | 0 |
| 43 | D | | REPAIRS-REAL ESTATE | | 30,000 |
| 44 | | | DEPRECIATION BLDGS. & IMPROVEMENTS | | 0 |
| 45 | | F | TAXES-REAL ESTATE | | 0 |
| 46 | | I | INSURANCE BLDGS. & IMPROVEMENTS | | 3,500 |
| 47 | | X | INTEREST - MORTGAGES | | 0 |
| 48 | | E | UTILITIES | | 85,000 |
| 49 | | D | **SUB-TOTAL RENT & RNT EQUIVALENT** | | 418,500 |
| 50 | | | INSURANCE OTHER | | 50,000 |
| 51 | | | TAXES-OTHER | | 61,000 |
| 52 | | | REPAIRS-EQUIPMENT | | 7,500 |
| 53 | | | DEPRECIATION-EQUIPMENT | | 0 |
| 54 | | | EQUIPMENT RENTAL | | 8,000 |
| 55 | | | **TOTAL FIXED** | | 545,000 |
| 56 | | **TOTAL FIXED OVERHEAD** | | | 3,707,300 |
| 57 | | **TOTAL EXPENSES (INCL. PRO OF G&A)** | | | 3,971,800 |
| 58 | T | **OPERATING PROFIT OR LOSS** | | | 328,200 |
| 59 | O | **NET ADDITIONS & DEDUCTIONS** | | | 150,000 |
| 60 | T | **NET PROFIT OR LOSS BEFORE BONUS & INC. TAX** | | | 478,200 |
| 61 | A | **BONUSES-EMPLOYEES** | | | 90,000 |
| 62 | L | **BONUSES-OWNERS** | | | 0 |
| 63 | | **NET PROFIT OR LOSS BEFORE INCOME TAXES** | | | 388,200 |
| 64 | | **INCOME TAXES** | | | 0 |
| 65 | | **NET PROFIT OR LOSS AFTER INCOME TAXES** | | | 388,200 |

# EXHIBIT B

# VSSM - TRIAL BALANCE EDIT APPLICATION v153r2

| LN NO | Input Method / Dealer System Provider: Automatic Data Processing - WEB 1000 | | | | | | |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | DEALER "BAC" CODE | | | | | | |
| 3 | 169658 | | | DEALER NAME | MANTECA AUTO PLAZA | | |
| 4 | FROM | January | 1 | 2011 | ADDRESS | 1190 S MAIN ST | |
| 5 | THRU | April | 30 | 2011 | CITY & STATE | MANTECA | CA |

The information in this report is supplied by Dealer and Dealer is solely responsible for the accuracy of the data contained in this report. GM disclaims responsibility for the accuracy of data.

## ASSETS

| LN | | ASSETS | | NO | AMOUNT |
|---|---|---|---|---|---|
| 7 | C | CASH ON HAND | | 200 | 1,655 |
| 8 | A | CASH IN BANK | | 202 | (71,379) |
| 9 | S | CONTRACTS IN TRANSIT | | 205 | 258,220 |
| 10 | H | SECURITIES | | 260 | 0 |
| 11 | C | | | | |
| 12 | | TOTAL CASH AND CONTRACTS | | | 188,496 |
| 13 | U | NET CUSTOMER RECEIVABLES | | FROM PG 7 | 360,937 |
| 14 | R | FACTORY RECEIVABLES | | 261 | 192,231 |
| 15 | R E | DUE FROM FINANCE COMPANIES | | 262 | 25,369 |
| 16 | C | WARRANTY CLAIMS | | 263 | 46,818 |
| 17 | R | INS. COMMISSIONS RECEIVABLE | | 264 | 0 |
| 18 | | | | | |
| 19 | E | TOTAL RECEIVABLES | | | 625,355 |
| 20 | | DEMONSTRATORS | 0 | 230 | 0 |
| 21 | N I | NEW CARS | 22 | 231 | 672,387 |
| 22 | N | NEW TRUCKS | 79 | 237 | 2,911,422 |
| 23 | T V | NEW MD TRUCKS | 0 | 235 | 0 |
| 24 | E | OTHER AUTOMOTIVE | | 238 | 0 |
| 25 | N | USED CARS | 11 | 240 | 219,689 |
| 26 | T | USED TRUCKS | 20 | 241 | 290,014 |
| 27 | A O | PARTS AND ACCESSORIES | | 242 | 45,925 |
| 28 | R | TIRES | | 243 | 186 |
| 29 | S I | GAS, OIL AND GREASE | | 244 | 7,403 |
| 30 | E | PAINT AND BODY SHOP MATERIALS | | 245 | 50,552 |
| 31 | S S | SUBLET REPAIRS | | 246 | (2,146) |
| 32 | | WORK IN PROCESS-LABOR | | 247 | 4,843 |
| 33 | E | OTHER | | 252 | 0 |
| 34 | | MISC. ASSETS RECEIVED IN TRADE | | 258 | 0 |
| 35 | T | LIFO RESERVE | | TIRES | (814,343) |
| 36 | | TOTAL INVENTORIES | | | 3,385,932 |
| 37 | S O | PREPAID EXPENSES: TAXES | | 270 | 0 |
| 38 | T | INSURANCE | | 271 | 15,589 |
| 39 | H | OTHER | | 274 | 1,638,569 |
| 40 | | TOTAL CURRENT ASSETS | | | 5,853,941 |
| 41 | W A | DRIVER TRAINING - C+T | 0 | 275 | 0 |
| 42 | K S | L&R C+T | 0 | 277 | 0 |
| 43 | G T | L & R ACCUMULATED DEP. | | | 0 |
| 44 | | TOTAL CURRENT AND WORKING ASSETS | | | 5,853,941 |

### FIXED ASSETS

| LN | ACCOUNT | COST | ACCUM DEP | NO | AMOUNT |
|---|---|---|---|---|---|
| 47 | A LAND | 0 | | 280 | 0 |
| 48 | U BLDGS & IMP. | 0 | 0 | 281/351 | 0 |
| 49 | T O LEASE HOLDS | 44,551 | (7,890) | 286/356 | 36,661 |
| 50 | O N IT- HARDWARE | 0 | 0 | 287/357 | 0 |
| 51 | L IT - SOFTWARE | 0 | 0 | 289/359 | 0 |
| 52 | B Y M&S EQUIP | 459,114 | (326,462) | 282/352 | 132,652 |
| 53 | U P&A EQUIP | 7,186 | (7,186) | 283/353 | 0 |
| 54 | S FURN & FIXTRS | 237,090 | (195,032) | 284/354 | 42,058 |
| 55 | CO. VEHICLES | 0 | (1,234) | 285/355 | (1,234) |
| 56 | OTHER | 13,246 | 0 | 288/358 | 13,246 |
| 57 | TOTALS (45..52) | 761,187 | (537,804) | | 223,383 |
| 58 | *MEMO: CO VEHICLES - CARS 0 TRUCKS 0 | | | | |
| 59 | O A | LIFE INSURANCE-CASH VALUE | | 291 | 0 |
| 60 | T S | NOTES & ACCNT RECEIVABLE-OFFICERS | | 293 | 0 |
| 61 | H | NOTES & ACCOUNTS RECEIVABLE-OTHER | | 294 | 42,878 |
| 62 | R E | OTHER INVESTMENTS & MISC. ASSETS | | 296 | 546,699 |
| 63 | R T | | | | |
| 64 | S | TOTAL OTHER ASSETS | | | 589,577 |
| 65 | TOTAL ASSETS | | | | 6,666,901 |

## LIABILITIES

| LN | | LIABILITIES | NO | AMOUNT |
|---|---|---|---|---|
| 7 | A | CASH IN BANK CREDIT BALANCE | 202 | 0 |
| 8 | C C | ACCTS PAYABLE-TRADE CREDITORS | 300 | 552,339 |
| 9 | U C | ACC. RECEIVABLE CREDIT BAL. | 220 | 0 |
| 10 | R T | CUSTOMER DEPOSITS | 220 | 0 |
| 11 | R | WARRANTY CLAIMS ADVANCE | 305 | 0 |
| 12 | E & | NOTES PAYABLE-NEW VEH.&DEMOS | 310 | 3,877,709 |
| 13 | N | *MEMO: DELAYED PAYMENT-ACCT. 310 | | |
| 14 | T | $ 0 | | |
| 15 | O | NOTES PAYABLE-USED VEHICLES | 311 | 0 |
| 16 | T | NOTES PAYABLE-LEASE & RENTAL UNITS | 312 | 0 |
| 17 | E | NOTES PAYABLE-OTHER | 314 | 313,501 |
| 18 | S | | | |
| 19 | A | INTEREST PAYABLE | 320 | 26,099 |
| 20 | B | SALARIES, WAGES & COMM. PAYABLE | 321 | 6,656 |
| 21 | I C | INSURANCE PAYABLE | 322 | 0 |
| 22 | L C | PAYROLL TAXES PAYABLE | 323 | 26,956 |
| 23 | I R | SALES TAXES PAYABLE | 324 | 253,032 |
| 24 | T U | OTHER TAXES PAYABLE | 325 | 123,595 |
| 25 | I E | INCOME TAXES PAYABLE | 327 | 0 |
| 26 | E D | EMPLOYEE'S INCENTIVES/BONUSES PAYABLE | 328 | 0 |
| 27 | S | OWNER'S BONUSES PAYABLE | 329 | 25 |
| 28 | | RETIREMENT BENEFITS PAYABLE | 330 | 0 |
| 29 | | OTHER PAYABLES | 331 | 174,093 |
| 30 | | | | |
| 31 | | TOTAL CURRENT LIABILITIES | | 5,354,005 |
| 32 | L | RESERVES AND DEFERRALS | 332 | 35,791 |
| 33 | L I | | | |
| 34 | O A | NOTES PAYABLE - CAPITAL LOANS | 334 | 260,714 |
| 35 | N B | OTHER NOTES & CONTRACTS | 336 | 0 |
| 36 | G I | DEFERRED TAXES | 333 | 0 |
| 37 | L | TOTAL Ln 31 to 36 | | 5,650,510 |
| 38 | T I | OTHER NOTES - OWNERS | 337 | 0 |
| 39 | E T | MORTGAGES PAYABLE & FACILITY RELATED LOANS | 335 | 0 |
| 40 | R I | NOTES PAYABLE - AFFILIATED COMPANIES | 338 | 0 |
| 41 | M E | | | |
| 42 | S | TOTAL LIABILITIES Ln 37 to 41 | | 5,650,510 |
| 43 | NET | | | |
| 44 | WRKG. | DEALER | | 1,017,774 |
| 45 | CAP. | STANDARD | | 776,000 |
| 46 | | CORPORATION TYPE: S-Corp. | | |

### PROFIT OR LOSS SUMMARY

| | TOT | RTL | RTL | PROFIT/ | NET WORTH | NO | |
|---|---|---|---|---|---|---|---|
| MO | NEW | NEW | USED | LOSS | C CAP'L STOCK & | | |
| J | 30 | 30 | 19 | 40,469 | O AD'L PD IN CAP | 360 | 1,600,000 |
| F | 18 | 18 | 14 | 30,055 | R | | |
| M | 19 | 19 | 19 | 40,250 | P RET. EARNINGS | 370 | 3,202,068 |
| A | 28 | 28 | 9 | 26,015 | | | |
| M | | | | | DIVIDENDS | 375 | (3,922,360) |
| J | | | | | P | | |
| J | | | | | R INVESTMENTS | 380 | 0 |
| A | | | | | O | | |
| S | | | | | P | | |
| O | | | | | R | | |
| N | | | | | I DRAWINGS | 390 | 0 |
| D | | | | | T TO BALANCE | | (2) |
| Tot | 95 | 95 | 61 | 136,789 | Y | | |
| | PROFIT OR LOSS | | | | | 399 | 136,685 |
| | TOTAL NET WORTH | | | | | | 1,016,391 |
| | TOTAL LIABILITIES & NET WORTH | | | | | | 6,666,901 |

# TOTAL OPERATION EXPENSE ANALYSIS

169658 - 201104 - PAGE 2

| LN NO | TOTAL INCOME AND EXPENSE | | | TOTAL DEALERSHIP | | | | VARIABLE OPERATIONS | | | | FIXED OPERATIONS | | | | LN NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MONTH | PER RTL VEH | % OF SALES | YEAR-TO-DATE | PER RTL VEH | % OF SALES | MONTH | | YEAR-TO-DATE | | MONTH | | YEAR-TO-DATE | | |
| 1 | NET SALES | | 1,807,151 | 48,842 | | 6,837,429 | 43,830 | | 1,314,432 | % Sls | 4,964,610 | % Sls | 492,719 | % Sls | 1,872,819 | % Sls | 1 |
| 2 | GROSS PROFIT/INCOME | | 347,194 | 9,384 | 19.21% | 1,383,006 | 8,865 | 20.23% | 109,675 | 8% | 463,430 | 9% | 237,519 | 48% | 919,576 | 49% | 2 |
| 3 | V S EXPENSES | NO | | %GRS.PROF | PVR | | %GRS.PROF | PVR | | % Grs | | % Grs | | | | | 3 |
| 4 | A E VEH. SLSPLE COMPENSATION & OTHER | 11 | 21,044 | 6.1% | 569 | 86,852 | 6.3% | 557 | 21,044 | 19% | 86,852 | 19% | | | | | 4 |
| 5 | R L DELIVERY EXPENSE | 13 | 3,290 | 0.9% | 89 | 10,595 | 0.8% | 68 | 3,290 | 3% | 10,595 | 2% | | | | | 5 |
| 6 | L N POLICY WORK-VEHICLES | 15 | 391 | 0.1% | 11 | 1,777 | 0.1% | 11 | 391 | 0% | 1,777 | 0% | | | | | 6 |
| 7 | B G TOTAL VARIABLE | | 24,725 | 7.1% | 668 | 99,224 | 7.2% | 636 | 24,725 | 23% | 99,224 | 21% | | % Grs | | % Grs | 7 |
| 8 | P SALARIES-OWNERS / EXECUTIVE MANAGERS | 20 | 6 | 0.0% | 0.00% | 15,006 | 1.1% | 0.22% | 3 | 0% | 7,953 | 2% | 3 | 0% | 7,053 | 1% | 8 |
| 9 | E SALARIES-SUPERVISION | 21 | 52,469 | 15.1% | 2.90% | 209,525 | 15.1% | 3.06% | 20,585 | 19% | 84,001 | 18% | 31,884 | 13% | 125,524 | 14% | 9 |
| 10 | R SALARIES-CLERICAL | 22 | 11,465 | 3.3% | 0.63% | 45,016 | 3.3% | 0.66% | 632 | 1% | 2,904 | 1% | 10,833 | 5% | 42,112 | 5% | 10 |
| 11 | S OTHER SALARIES AND WAGES | 23 | 46,439 | 13.4% | 2.57% | 191,834 | 13.9% | 2.81% | 5,279 | 5% | 26,988 | 6% | 41,160 | 17% | 164,846 | 18% | 11 |
| 12 | O ABSENTEE COMPENSATION | 24 | 3,738 | 1.1% | 0.21% | 21,627 | 1.6% | 0.32% | 885 | 1% | 4,100 | 1% | 2,853 | 1% | 17,527 | 2% | 12 |
| 13 | N INCENTIVES-SUPERVISION | 26 | 0 | 0.0% | 0.00% | 0 | 0.0% | 0.00% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 13 |
| 14 | N TAXES-PAYROLL | 25 | 16,865 | 4.9% | 0.93% | 71,967 | 5.2% | 1.05% | 5,189 | 5% | 22,549 | 5% | 11,676 | 5% | 49,418 | 5% | 14 |
| 15 | E EMPLOYEE BENEFITS | 27 | 23,665 | 6.8% | 1.31% | 85,229 | 6.2% | 1.25% | 10,038 | 9% | 38,818 | 8% | 13,627 | 6% | 46,411 | 5% | 15 |
| 16 | L RETIREMENT BENEFITS | 29 | 183 | 0.1% | 0.01% | 683 | 0.0% | 0.01% | 167 | 0% | 649 | 0% | 16 | 0% | 34 | 0% | 16 |
| 17 | P TOTAL PERSONNEL | | 154,830 | 44.6% | 8.57% | 640,887 | 46.3% | 9.37% | 42,778 | 39% | 187,962 | 41% | 112,052 | 47% | 452,925 | 49% | 17 |
| 18 | COMPANY VEHICLE EXPENSE | 51 | 4,128 | 1.2% | 0.23% | 16,605 | 1.2% | 0.24% | 1,193 | 1% | 5,339 | 1% | 2,935 | 1% | 11,266 | 1% | 18 |
| 19 | I OFFICE SUPPLIES AND EXPENSES | 60 | 1,062 | 0.3% | 0.06% | 4,485 | 0.3% | 0.07% | 748 | 1% | 2,708 | 1% | 314 | 0% | 1,777 | 0% | 19 |
| 20 | OTHER SUPPLIES | 61 | 11,424 | 3.3% | 0.63% | 41,894 | 3.0% | 0.61% | 2,568 | 2% | 9,566 | 2% | 8,856 | 4% | 32,328 | 4% | 20 |
| 21 | S E-COMMERCE ADVERTISING/FEES | 63 | 0 | 0.0% | 0.00% | 0 | 0.0% | 0.00% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 21 |
| 22 | E ADVERTISING | 65 | 22,849 | 6.6% | 1.26% | 102,342 | 7.4% | 1.50% | 8,889 | 8% | 47,716 | 10% | 13,960 | 6% | 54,626 | 6% | 22 |
| 23 | E M ADVERTISING REBATES | 64 | 0 | 0.0% | 0.00% | 0 | 0.0% | 0.00% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 23 |
| 24 | I CONTRIBUTIONS | 66 | 600 | 0.2% | 0.03% | 2,400 | 0.2% | 0.04% | 318 | 0% | 1,272 | 0% | 282 | 0% | 1,128 | 0% | 24 |
| 25 | D POLICY WORK-PARTS AND SERVICE | 67 | 4,652 | 1.3% | 0.26% | 17,069 | 1.2% | 0.25% | | | | | 4,652 | 2% | 17,069 | 2% | 25 |
| 26 | INFORMATION TECHNOLOGY SERVICES | 68 | 15,393 | 4.4% | 0.85% | 62,009 | 4.5% | 0.91% | 9,654 | 9% | 36,864 | 8% | 5,739 | 2% | 25,145 | 3% | 26 |
| 27 | F OUTSIDE SERVICES (OTHER) | 69 | 11,423 | 3.3% | 0.63% | 40,276 | 2.9% | 0.59% | 6,465 | 6% | 22,429 | 5% | 4,958 | 2% | 17,847 | 2% | 27 |
| 28 | I TRAVEL AND ENTERTAINMENT | 70 | 2,397 | 0.7% | 0.13% | 5,700 | 0.4% | 0.08% | 1,485 | 1% | 3,830 | 1% | 912 | 0% | 1,870 | 0% | 28 |
| 29 | O X MEMBERSHIP DUES AND PUBLICATIONS | 71 | 964 | 0.3% | 0.05% | 2,936 | 0.2% | 0.04% | 352 | 0% | 1,491 | 0% | 612 | 0% | 1,445 | 0% | 29 |
| 30 | E LEGAL AND AUDITING EXPENSE | 72 | 5,509 | 1.6% | 0.30% | 21,345 | 1.5% | 0.31% | 2,920 | 3% | 11,313 | 2% | 2,589 | 1% | 10,032 | 1% | 30 |
| 31 | V D TELEPHONE | 74 | 2,464 | 0.7% | 0.14% | 9,863 | 0.7% | 0.14% | 1,358 | 1% | 5,357 | 1% | 1,106 | 0% | 4,506 | 0% | 31 |
| 32 | TRAINING EXPENSE | 75 | 1,132 | 0.3% | 0.06% | 5,434 | 0.4% | 0.08% | 358 | 0% | 1,685 | 0% | 774 | 0% | 3,749 | 0% | 32 |
| 33 | E INTEREST-FLOORPLAN | 76 | 5,828 | 1.7% | 0.32% | 5,888 | 0.4% | 0.09% | 5,828 | 5% | 5,888 | 1% | | | | | 33 |
| 34 | INTEREST-FLOORPLAN CREDIT | 78 | 0 | 0.0% | 0.00% | 0 | 0.0% | 0.00% | 0 | 0% | 0 | 0% | | | | | 34 |
| 35 | R INTEREST-NOTES PAYABLE (OTHER) | 79 | 0 | 0.0% | 0.00% | 195 | 0.0% | 0.00% | 0 | 0% | 0 | 0% | 0 | 0% | 195 | 0% | 35 |
| 36 | INSURANCE - INVENTORY | 56 | 0 | 0.0% | 0.00% | ~0 | 0.0% | 0.00% | 0 | 0% | 0 | 0% | | | | | 36 |
| 37 | H BAD DEBT EXPENSE | 57 | 0 | 0.0% | 0.00% | 0 | 0.0% | 0.00% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 37 |
| 38 | FREIGHT, POSTAGE & SHIPPING | 33 | 124 | 0.0% | 0.01% | 1,309 | 0.1% | 0.02% | 0 | 0% | 0 | 0% | 124 | 0% | 1,309 | 0% | 38 |
| 39 | E MISCELLANEOUS EXPENSE | 77 | 335 | 0.1% | 0.02% | 1617 | 0.1% | 0.02% | 35 | 0% | 551 | 0% | 300 | 0% | 1066 | 0% | 39 |
| 40 | TOTAL SEMI-FIXED | | 90,284 | 26.0% | 5.00% | 341,367 | 24.7% | 4.99% | 42,171 | 38% | 156,009 | 34% | 48,113 | 20% | 185,358 | 20% | 40 |
| 41 | A RENT | 80 | 19,000 | 5.5% | 1.05% | 75,763 | 5.5% | 1.11% | 10,070 | 9% | 40,154 | 9% | 8,930 | 4% | 35,609 | 4% | 41 |
| 42 | AMORTIZATION-LEASEHOLDS | 81 | 0 | 0.0% | 0.00% | 0 | 0.0% | 0.00% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 42 |
| 43 | D REPAIRS-REAL ESTATE | 82 | 2,737 | 0.8% | 0.15% | 13,552 | 1.0% | 0.20% | 1,451 | 1% | 6,879 | 1% | 1,286 | 1% | 6,673 | 1% | 43 |
| 44 | DEPRECIATION BLDGS. & IMPROVEMENTS | 83 | 0 | 0.0% | 0.00% | 0 | 0.0% | 0.00% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 44 |
| 45 | F TAXES-REAL ESTATE | 84 | 0 | 0.0% | 0.00% | 0 | 0.0% | 0.00% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 45 |
| 46 | I INSURANCE BLDGS. & IMPROVEMENTS | 85 | 497 | 0.1% | 0.03% | 497 | 0.0% | 0.01% | 263 | 0% | 263 | 0% | 234 | 0% | 234 | 0% | 46 |
| 47 | X INTEREST - MORTGAGES | 86 | 0 | 0.0% | 0.00% | 0 | 0.0% | 0.00% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 47 |
| 48 | E UTILITIES | 87 | 6,058 | 1.7% | 0.34% | 21,506 | 1.6% | 0.31% | 3,211 | 3% | 11,398 | 2% | 2,847 | 1% | 10,108 | 1% | 48 |
| 49 | D SUB-TOTAL RENT & RNT EQUIVALENT | | 28,292 | 8.1% | 1.57% | 111,318 | 8.0% | 1.63% | 14,995 | 14% | 58,694 | 13% | 13,297 | 6% | 52,624 | 6% | 49 |
| 50 | INSURANCE OTHER | 88 | 3,885 | 1.1% | 0.21% | 17,136 | 1.2% | 0.25% | 2,059 | 2% | 9,082 | 2% | 1,826 | 1% | 8,054 | 1% | 50 |
| 51 | TAXES-OTHER | 89 | 4,073 | 1.2% | 0.23% | 11,400 | 0.8% | 0.17% | 2,159 | 2% | 6,042 | 1% | 1,914 | 1% | 5,358 | 1% | 51 |
| 52 | REPAIRS-EQUIPMENT | 90 | 390 | 0.1% | 0.02% | 1,948 | 0.1% | 0.03% | 0 | 0% | 0 | 0% | 390 | 0% | 1,948 | 0% | 52 |
| 53 | DEPRECIATION-EQUIPMENT | 91 | 0 | 0.0% | 0.00% | 0 | 0.0% | 0.00% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 53 |
| 54 | EQUIPMENT RENTAL | 92 | 3,214 | 0.9% | 0.18% | 14,682 | 1.1% | 0.21% | 198 | 0% | 928 | 0% | 3,016 | 1% | 13,754 | 1% | 54 |
| 55 | TOTAL FIXED | | 39,854 | 11.5% | 2.21% | 156,484 | 11.3% | 2.29% | 19,411 | 18% | 74,746 | 16% | 20,443 | 9% | 81,738 | 9% | 55 |
| 56 | TOTAL FIXED OVERHEAD | | 284,968 | 82.1% | 15.77% | 1,138,738 | 82.3% | 16.65% | 104,360 | 95% | 418,717 | 90% | 180,608 | 76% | 720,021 | 78% | 56 |
| 57 | TOTAL EXPENSES (INCL. PRO OF G&A) | | 309,693 | 89.2% | 17.14% | 1,237,962 | 89.5% | 18.11% | 129,085 | 118% | 517,941 | 112% | 180,608 | 76% | 720,021 | 78% | 57 |
| 58 | T OPERATING PROFIT OR LOSS | | 37,501 | 10.8% | 2.08% | 145,044 | 10.5% | 2.12% | (19,410) | -16% | (54,511) | -12% | 56,911 | 24% | 199,555 | 22% | 58 |
| 59 | O NET ADDITIONS & DEDUCTIONS | | (1,278) | -0.4% | -0.07% | 32,234 | 2.3% | 0.47% | | | | | | | | | 59 |
| 60 | T NET PROFIT OR LOSS BEFORE BONUS & INC. TAX | | 36,223 | 10.4% | 2.00% | 177,278 | 12.8% | 2.59% | | | | | | | | | 60 |
| 61 | A BONUSES-EMPLOYEES | 97 | 10,208 | 2.9% | 0.56% | 40,593 | 2.9% | 0.59% | | | | | | | | | 61 |
| 62 | BONUSES-OWNERS | 98 | 0 | 0.0% | 0.00% | 0 | 0.0% | 0.00% | | | | | | | | | 62 |
| 63 | L NET PROFIT OR LOSS BEFORE INCOME TAXES | | 26,015 | 7.5% | 1.44% | 136,685 | 9.9% | 2.00% | | | | | | | | | 63 |
| 64 | INCOME TAXES | 99 | 0 | 0.0% | 0.00% | 0 | 0.0% | 0.00% | | | | | | | | | 64 |
| 65 | NET PROFIT OR LOSS AFTER INCOME TAXES | | 26,015 | 7.5% | 1.44% | 136,685 | 9.9% | 2.00% | | | | | | | | | 65 |

# VARIABLE OPERATIONS - DEPARTMENT PROFITABILITY

| LN NO | | | NEW VEHICLE DEPT. (01) MONTH | | NEW VEHICLE DEPT. (01) YEAR-TO-DATE | | USED VEHICLE DEPT. (02) MONTH | | USED VEHICLE DEPT. (02) YEAR-TO-DATE | | LEASE AND RNTL DEPT. (03) MONTH | | LEASE AND RNTL DEPT. (03) YEAR-TO-DATE | | FIN, INS & PROT. PLANS INC. (04) MONTH | FIN, INS & PROT. PLANS INC. (04) YEAR-TO-DATE | LN NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | NET SALES | | 979,896 | % Sls | 3,398,529 | % Sls | 275,329 | % Sls | 1,353,627 | % Sls | 0 | % Sls | 0 | % Sls | 59,207 | 212,454 | 1 |
| 2 | GROSS PROFIT/INCOME | | 48,137 | 5% | 164,454 | 5% | 22,868 | 8% | 166,140 | 12% | 0 | | 0 | | 38,670 | 132,836 | 2 |
| 3 | EXPENSES | | After Trsf --> | % Grs | After Trsf --> | % Grs | After Trsf --> | % Grs | After Trsf --> | % Grs | After Trsf --> | % Grs | After Trsf --> | % Grs | NEW - SLSPEOPLE COMP PNVR | | 3 |
| 4 | VEH. SLSPLE COMPENSATION & OTHER | 11 | 13,867 | 17% | 42,702 | 16% | 7,177 | 28% | 44,150 | 22% | 0 | 0% | 0 | 0% | 495 | 449 | 4 |
| 5 | DELIVERY EXPENSE | 13 | 2,512 | 3% | 8,274 | 3% | 778 | 3% | 2,321 | 1% | 0 | 0% | 0 | 0% | USED - SLSPEOPLE COMP PUVR | | 5 |
| 6 | POLICY WORK-VEHICLES | 15 | 0 | 0% | 991 | 0% | 391 | 2% | 786 | 0% | 0 | 0% | 0 | 0% | 797 | 724 | 6 |
| 7 | TOTAL VARIABLE | | 16,379 | 20% | 51,967 | 20% | 8,346 | 32% | 47,257 | 23% | 0 | 0% | 0 | 0% | USED - VEH. POLICY PUVR | | 7 |
| 8 | SALARIES-OWNERS / EXECUTIVE MANAGERS | 20 | 2 | 0% | 4,952 | 2% | 1 | 0% | 3,001 | 1% | 0 | 0% | 0 | 0% | 43 | 13 | 8 |
| 9 | SALARIES-SUPERVISION | 21 | 6,147 | 7% | 25,669 | 10% | 14,438 | 56% | 58,332 | 29% | 0 | 0% | 0 | 0% | | | 9 |
| 10 | SALARIES-CLERICAL | 22 | 316 | 0% | 1,452 | 1% | 316 | 1% | 1,452 | 1% | 0 | 0% | 0 | 0% | | | 10 |
| 11 | OTHER SALARIES AND WAGES | 23 | 3,401 | 4% | 18,486 | 7% | 1,878 | 7% | 8,502 | 4% | 0 | 0% | 0 | 0% | | | 11 |
| 12 | ABSENTEE COMPENSATION | 24 | 639 | 1% | 2,916 | 1% | 246 | 1% | 1,184 | 1% | 0 | 0% | 0 | 0% | | | 12 |
| 13 | INCENTIVES-SUPERVISION | 26 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | | | 13 |
| 14 | TAXES-PAYROLL | 25 | 2,830 | 3% | 11,692 | 5% | 2,359 | 9% | 10,857 | 5% | 0 | 0% | 0 | 0% | | | 14 |
| 15 | EMPLOYEE BENEFITS | 27 | 6,399 | 8% | 25,053 | 10% | 3,639 | 14% | 13,765 | 7% | 0 | 0% | 0 | 0% | | | 15 |
| 16 | RETIREMENT BENEFITS | 29 | 35 | 0% | 141 | 0% | 132 | 1% | 508 | 0% | 0 | 0% | 0 | 0% | | | 16 |
| 17 | TOTAL PERSONNEL | | 19,769 | 24% | 90,361 | 35% | 23,009 | 89% | 97,601 | 48% | 0 | 0% | 0 | 0% | | | 17 |
| 18 | COMPANY VEHICLE EXPENSE | 51 | 874 | 1% | 3,841 | 1% | 319 | 1% | 1,498 | 1% | 0 | 0% | 0 | 0% | | | 18 |
| 19 | OFFICE SUPPLIES AND EXPENSES | 60 | 476 | 1% | 1,892 | 1% | 272 | 1% | 816 | 0% | 0 | 0% | 0 | 0% | | | 19 |
| 20 | OTHER SUPPLIES | 61 | 1,797 | 2% | 6,016 | 2% | 771 | 3% | 3,550 | 2% | 0 | 0% | 0 | 0% | | | 20 |
| 21 | E-COMMERCE ADVERTISING/FEES | 63 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | | | 21 |
| 22 | ADVERTISING | 65 | 5,070 | 6% | 28,256 | 11% | 3,819 | 15% | 19,460 | 10% | 0 | 0% | 0 | 0% | NEW - NET T8 ADVERTISING PNVR | | 22 |
| 23 | ADVERTISING REBATES | 64 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 181 | 297 | 23 |
| 24 | CONTRIBUTIONS | 66 | 198 | 0% | 792 | 0% | 120 | 0% | 480 | 0% | 0 | 0% | 0 | 0% | | | 24 |
| 25 | POLICY WORK-PARTS AND SERVICE | 67 | | | | | | | | | | | | | | | 25 |
| 26 | INFORMATION TECHNOLOGY SERVICES | 68 | 5,962 | 7% | 22,237 | 9% | 3,692 | 14% | 14,627 | 7% | 0 | 0% | 0 | 0% | | | 26 |
| 27 | OUTSIDE SERVICES (OTHER) | 69 | 4,048 | 5% | 14,477 | 6% | 2,417 | 9% | 7,952 | 4% | 0 | 0% | 0 | 0% | | | 27 |
| 28 | TRAVEL AND ENTERTAINMENT | 70 | 911 | 1% | 2,257 | 1% | 574 | 2% | 1,573 | 1% | 0 | 0% | 0 | 0% | | | 28 |
| 29 | MEMBERSHIP DUES AND PUBLICATIONS | 71 | 219 | 0% | 904 | 0% | 133 | 1% | 587 | 0% | 0 | 0% | 0 | 0% | | | 29 |
| 30 | LEGAL AND AUDITING EXPENSE | 72 | 1,818 | 2% | 7,044 | 3% | 1,102 | 4% | 4,269 | 2% | 0 | 0% | 0 | 0% | | | 30 |
| 31 | TELEPHONE | 74 | 829 | 1% | 3,304 | 1% | 529 | 2% | 2,053 | 1% | 0 | 0% | 0 | 0% | | | 31 |
| 32 | TRAINING EXPENSE | 75 | 223 | 0% | 1,049 | 0% | 135 | 1% | 636 | 0% | 0 | 0% | 0 | 0% | | | 32 |
| 33 | INTEREST-FLOORPLAN | 76 | 5,828 | 7% | 5,865 | 2% | 0 | 0% | 23 | 0% | 0 | 0% | 0 | 0% | NEW - NET INTEREST FLRPLN PNVR | | 33 |
| 34 | INTEREST-FLOORPLAN CREDIT | 78 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 208 | 62 | 34 |
| 35 | INTEREST-NOTES PAYABLE (OTHER) | 79 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | | | 35 |
| 36 | INSURANCE - INVENTORY | 56 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | | | 36 |
| 37 | BAD DEBT EXPENSE | 57 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | | | 37 |
| 38 | FREIGHT, POSTAGE & SHIPPING | 33 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | | | 38 |
| 39 | MISCELLANEOUS EXPENSE | 77 | 28 | 0% | 391 | 0% | 7 | 0% | 160 | 0% | 0 | 0% | 0 | 0% | | | 39 |
| 40 | TOTAL SEMI-FIXED | | 28,281 | 34% | 98,325 | 38% | 13,890 | 54% | 57,684 | 28% | 0 | 0% | 0 | 0% | | | 40 |
| 41 | RENT | 80 | 6,270 | 7% | 25,002 | 10% | 3,800 | 15% | 15,152 | 7% | 0 | 0% | 0 | 0% | | | 41 |
| 42 | AMORTIZATION-LEASEHOLDS | 81 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | | | 42 |
| 43 | REPAIRS-REAL ESTATE | 82 | 903 | 1% | 4,283 | 2% | 548 | 2% | 2,596 | 1% | 0 | 0% | 0 | 0% | | | 43 |
| 44 | DEPRECIATION BLDGS. & IMPROVEMENTS | 83 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | | | 44 |
| 45 | TAXES-REAL ESTATE | 84 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | | | 45 |
| 46 | INSURANCE BLDGS. & IMPROVEMENTS | 85 | 164 | 0% | 164 | 0% | 99 | 0% | 99 | 0% | 0 | 0% | 0 | 0% | | | 46 |
| 47 | INTEREST - MORTGAGES | 86 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | | | 47 |
| 48 | UTILITIES | 87 | 1,999 | 2% | 7,097 | 3% | 1,212 | 5% | 4,301 | 2% | 0 | 0% | 0 | 0% | | | 48 |
| 49 | SUB-TOTAL RENT & RNT EQUIVALENT | | 9,336 | 11% | 36,546 | 14% | 5,659 | 22% | 22,148 | 11% | 0 | 0% | 0 | 0% | | | 49 |
| 50 | INSURANCE OTHER | 88 | 1,282 | 2% | 5,655 | 2% | 777 | 3% | 3,427 | 2% | 0 | 0% | 0 | 0% | | | 50 |
| 51 | TAXES-OTHER | 89 | 1,344 | 2% | 3,762 | 1% | 815 | 3% | 2,280 | 1% | 0 | 0% | 0 | 0% | | | 51 |
| 52 | REPAIRS-EQUIPMENT | 90 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | | | 52 |
| 53 | DEPRECIATION-EQUIPMENT | 91 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | | | 53 |
| 54 | EQUIPMENT RENTAL | 92 | 126 | 0% | 588 | 0% | 72 | 0% | 340 | 0% | 0 | 0% | 0 | 0% | | | 54 |
| 55 | TOTAL FIXED | | 12,088 | 14% | 46,551 | 18% | 7,323 | 28% | 28,195 | 14% | 0 | 0% | 0 | 0% | | | 55 |
| 56 | TOTAL FIXED OVERHEAD | | 60,138 | 72% | 235,237 | 91% | 44,222 | 171% | 183,480 | 90% | 0 | 0% | 0 | 0% | | | 56 |
| 57 | TOTAL EXPENSES | | 76,517 | 91% | 287,204 | 111% | 52,568 | 203% | 230,737 | 113% | 0 | 0% | 0 | 0% | | | 57 |
| 58 | DEPARTMENT PROFIT OR LOSS | | (28,380) | -34% | (122,750) | -47% | (29,700) | -115% | (64,597) | -32% | 0 | 0% | 0 | 0% | | | 58 |
| 59 | FI & PROT. PLN INCOME TRANSFER | | 35,648 | 43% | 94,407 | 36% | 3,022 | 12% | 38,429 | 19% | 0 | 0% | 0 | 0% | (38,670) | (132,836) | 59 |
| 60 | PRORATION OF G&A | | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | | | 60 |
| 61 | DEPT PROFIT OR LOSS AFTER TRSF & PRORAT | | 7,268 | 9% | (28,343) | -11% | (26,678) | -103% | (26,168) | -13% | 0 | 0% | 0 | 0% | | | 61 |
| 62 | ADDITIONS TO INCOME | | MONTH | | Y-T-D | | DEDUCTIONS FROM INCOME | | | | MONTH | | Y-T-D | | | | 62 |
| 63 | BAD DEBTS RECOVERED | 902 | 1,975 | | 10,275 | | LIFO ADJUSTMENT | | 952 | | 0 | | 0 | | | | 63 |
| 64 | CASH DISCOUNTS EARNED | 903 | 0 | | 0 | | CASH DISCOUNTS ALLOWED | | 953 | | 0 | | 0 | | | | 64 |
| 65 | OTHER INCOME | 905 | (3,240) | | 22,187 | | OTHER DEDUCTIONS | | 955 | | 12 | | 233 | | | | 65 |
| 66 | GM REIMBURSEMENTS | 909 | 0 | | 0 | | | | | | | | | | | | 66 |
| 67 | DOCUMENT HANDLING FEES | 910 | 0 | | 0 | | | | | | | | | | | | 67 |
| 68 | AMOUNT TO BALANCE | | (1) | | 5 | | | | | | | | | | | | 68 |
| 69 | | | | | | | NET ADDITIONS AND DEDUCTIONS | | (1,278) | | 32,234 | | | | | | 69 |

# FIXED OPERATIONS - DEPARTMENT PROFITABILITY

169658 - 201104 - PAGE 4

| LN NO | | | MECHANICAL DEPT. (05) | | | | BODY SHOP DEPT. (06) | | | | PARTS & ACCESSORIES DEPT. (07) | | | | GENERAL & ADMINISTRATIVE (09) | | | | LN NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | MONTH | | YEAR-TO-DATE | | MONTH | | YEAR-TO-DATE | | MONTH | | YEAR-TO-DATE | | MONTH | | YEAR-TO-DATE | | |
| 1 | NET SALES | | 149,259 | % Sls | 566,328 | % Sls | 107,600 | % Sls | 429,584 | % Sls | 235,860 | % Sls | 876,907 | % Sls | | | | | 1 |
| 2 | GROSS PROFIT/INCOME | | 99,107 | 66% | 383,266 | 68% | 63,522 | 59% | 249,139 | 58% | 74,890 | 32% | 287,171 | 33% | | | | | 2 |
| 3 | EXPENSES | | | | | | | | | | | | | | | | | | 3 |
| 4 | VEH. SLSPLE COMPENSATION & OTHER | 11 | | | | | | | | | | | | | | | | | 4 |
| 5 | DELIVERY EXPENSE | 13 | | | | | | | | | | | | | | | | | 5 |
| 6 | POLICY WORK-VEHICLES | 15 | | | | | | | | | | | | | % Ttl Grs | | % Ttl Grs | | 6 |
| 7 | TOTAL VARIABLE | | After Trsf --> | % Grs | After Trsf --> | % Grs | After Trsf --> | % Grs | After Trsf --> | % Grs | After Trsf --> | % Grs | After Trsf --> | % Grs | | | | | 7 |
| 8 | SALARIES-OWNERS / EXECUTIVE MANAGERS | 20 | 1 | 0% | 3,301 | 1% | 1 | 0% | 1,651 | 1% | 1 | 0% | 2,101 | 1% | 0 | 0% | 0 | 0% | 8 |
| 9 | SALARIES-SUPERVISION | 21 | 16,943 | 15% | 66,324 | 16% | 10,081 | 13% | 39,760 | 14% | 4,860 | 10% | 19,440 | 10% | 0 | 0% | 0 | 0% | 9 |
| 10 | SALARIES-CLERICAL | 22 | 1,713 | 2% | 6,603 | 2% | 8,052 | 11% | 31,283 | 11% | 1,068 | 2% | 4,226 | 2% | 0 | 0% | 0 | 0% | 10 |
| 11 | OTHER SALARIES AND WAGES | 23 | 28,719 | 26% | 112,155 | 26% | 6,704 | 9% | 30,346 | 10% | 5,737 | 12% | 22,345 | 11% | 0 | 0% | 0 | 0% | 11 |
| 12 | ABSENTEE COMPENSATION | 24 | 1,716 | 2% | 11,002 | 3% | 910 | 1% | 5,366 | 2% | 227 | 0% | 1,159 | 1% | 0 | 0% | 0 | 0% | 12 |
| 13 | INCENTIVES-SUPERVISION | 26 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 13 |
| 14 | TAXES-PAYROLL | 25 | 6,583 | 6% | 26,771 | 6% | 3,968 | 5% | 17,908 | 6% | 1,125 | 2% | 4,739 | 2% | 0 | 0% | 0 | 0% | 14 |
| 15 | EMPLOYEE BENEFITS | 27 | 7,177 | 6% | 22,623 | 5% | 3,407 | 5% | 12,343 | 4% | 3,043 | 6% | 11,445 | 6% | 0 | 0% | 0 | 0% | 15 |
| 16 | RETIREMENT BENEFITS | 29 | 7 | 0% | 16 | 0% | 4 | 0% | 8 | 0% | 5 | 0% | 10 | 0% | 0 | 0% | 0 | 0% | 16 |
| 17 | TOTAL PERSONNEL | | 62,859 | 56% | 248,795 | 58% | 33,127 | 44% | 138,665 | 48% | 16,066 | 32% | 65,465 | 33% | 0 | 0% | 0 | 0% | 17 |
| 18 | COMPANY VEHICLE EXPENSE | 51 | 1,451 | 1% | 5,435 | 1% | 175 | 0% | 937 | 0% | 1,309 | 3% | 4,894 | 2% | 0 | 0% | 0 | 0% | 18 |
| 19 | OFFICE SUPPLIES AND EXPENSES | 60 | 164 | 0% | 865 | 0% | 66 | 0% | 488 | 0% | 84 | 0% | 424 | 0% | 0 | 0% | 0 | 0% | 19 |
| 20 | OTHER SUPPLIES | 61 | 2,767 | 2% | 8,653 | 2% | 5,791 | 8% | 22,734 | 8% | 298 | 1% | 941 | 0% | 0 | 0% | 0 | 0% | 20 |
| 21 | E-COMMERCE ADVERTISING/FEES | 63 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 21 |
| 22 | ADVERTISING | 65 | 9,314 | 8% | 37,311 | 9% | 2,044 | 3% | 7,640 | 3% | 2,602 | 5% | 9,675 | 5% | 0 | 0% | 0 | 0% | 22 |
| 23 | ADVERTISING REBATES | 64 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 23 |
| 24 | CONTRIBUTIONS | 66 | 132 | 0% | 528 | 0% | 66 | 0% | 264 | 0% | 84 | 0% | 336 | 0% | 0 | 0% | 0 | 0% | 24 |
| 25 | POLICY WORK-PARTS AND SERVICE | 67 | 3,956 | 4% | 14,683 | 3% | 144 | 0% | 1,058 | 0% | 552 | 1% | 1,328 | 1% | | | | | 25 |
| 26 | INFORMATION TECHNOLOGY SERVICES | 68 | 2,245 | 2% | 8,213 | 2% | 1,803 | 2% | 10,209 | 4% | 1,691 | 3% | 6,723 | 3% | 0 | 0% | 0 | 0% | 26 |
| 27 | OUTSIDE SERVICES (OTHER) | 69 | 2,487 | 2% | 9,154 | 2% | 1,087 | 1% | 3,961 | 1% | 1,384 | 3% | 4,732 | 2% | 0 | 0% | 0 | 0% | 27 |
| 28 | TRAVEL AND ENTERTAINMENT | 70 | 427 | 0% | 881 | 0% | 213 | 0% | 435 | 0% | 272 | 1% | 554 | 0% | 0 | 0% | 0 | 0% | 28 |
| 29 | MEMBERSHIP DUES AND PUBLICATIONS | 71 | 446 | 0% | 836 | 0% | 73 | 0% | 268 | 0% | 93 | 0% | 341 | 0% | 0 | 0% | 0 | 0% | 29 |
| 30 | LEGAL AND AUDITING EXPENSE | 72 | 1,212 | 1% | 4,696 | 1% | 606 | 1% | 2,348 | 1% | 771 | 2% | 2,988 | 2% | 0 | 0% | 0 | 0% | 30 |
| 31 | TELEPHONE | 74 | 570 | 1% | 2,292 | 1% | 236 | 0% | 941 | 0% | 300 | 1% | 1,273 | 1% | 0 | 0% | 0 | 0% | 31 |
| 32 | TRAINING EXPENSE | 75 | 313 | 0% | 2,075 | 0% | 367 | 0% | 1,229 | 0% | 94 | 0% | 445 | 0% | 0 | 0% | 0 | 0% | 32 |
| 33 | INTEREST-FLOORPLAN | 76 | | | | | | | | | | | | | | | | | 33 |
| 34 | INTEREST-FLOORPLAN CREDIT | 78 | | | | | | | | | | | | | | | | | 34 |
| 35 | INTEREST-NOTES PAYABLE (OTHER) | 79 | 0 | 0% | 25 | 0% | 0 | 0% | 154 | 0% | 0 | 0% | 16 | 0% | 0 | 0% | 0 | 0% | 35 |
| 36 | INSURANCE - INVENTORY | 56 | | | | | | | | | | | | | | | | | 36 |
| 37 | BAD DEBT EXPENSE | 57 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 37 |
| 38 | FREIGHT, POSTAGE & SHIPPING | 33 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 124 | 0% | 1,309 | 1% | 0 | 0% | 0 | 0% | 38 |
| 39 | MISCELLANEOUS EXPENSE | 77 | 7 | 0% | 196 | 0% | 4 | 0% | 126 | 0% | 289 | 1% | 744 | 0% | 0 | 0% | 0 | 0% | 39 |
| 40 | TOTAL SEMI-FIXED | | 25,491 | 23% | 95,843 | 22% | 12,675 | 17% | 52,792 | 18% | 9,947 | 20% | 36,723 | 19% | 0 | 0% | 0 | 0% | 40 |
| 41 | RENT | 80 | 4,180 | 4% | 16,688 | 4% | 2,090 | 3% | 8,334 | 3% | 2,660 | 5% | 10,607 | 5% | 0 | 0% | 0 | 0% | 41 |
| 42 | AMORTIZATION-LEASEHOLDS | 81 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 42 |
| 43 | REPAIRS-REAL ESTATE | 82 | 602 | 1% | 3,260 | 1% | 301 | 0% | 1,596 | 1% | 383 | 1% | 1,817 | 1% | 0 | 0% | 0 | 0% | 43 |
| 44 | DEPRECIATION BLDGS. & IMPROVEMENTS | 83 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 44 |
| 45 | TAXES-REAL ESTATE | 84 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 45 |
| 46 | INSURANCE BLDGS. & IMPROVEMENTS | 85 | 109 | 0% | 109 | 0% | 55 | 0% | 55 | 0% | 70 | 0% | 70 | 0% | 0 | 0% | 0 | 0% | 46 |
| 47 | INTEREST - MORTGAGES | 86 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 47 |
| 48 | UTILITIES | 87 | 1,333 | 1% | 4,731 | 1% | 666 | 1% | 2,366 | 1% | 848 | 2% | 3,011 | 2% | 0 | 0% | 0 | 0% | 48 |
| 49 | SUB-TOTAL RENT & RNT EQUIVALENT | | 6,224 | 6% | 24,788 | 6% | 3,112 | 4% | 12,351 | 4% | 3,961 | 8% | 15,505 | 8% | 0 | 0% | 0 | 0% | 49 |
| 50 | INSURANCE OTHER | 88 | 855 | 1% | 3,770 | 1% | 427 | 1% | 1,885 | 1% | 544 | 1% | 2,399 | 1% | 0 | 0% | 0 | 0% | 50 |
| 51 | TAXES-OTHER | 89 | 896 | 1% | 2,508 | 1% | 448 | 1% | 1,254 | 0% | 570 | 1% | 1,596 | 1% | 0 | 0% | 0 | 0% | 51 |
| 52 | REPAIRS-EQUIPMENT | 90 | 390 | 0% | 1,207 | 0% | 0 | 0% | 741 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 52 |
| 53 | DEPRECIATION-EQUIPMENT | 91 | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 53 |
| 54 | EQUIPMENT RENTAL | 92 | 46 | 0% | 2,148 | 0% | 2,941 | 4% | 11,457 | 4% | 29 | 0% | 149 | 0% | 0 | 0% | 0 | 0% | 54 |
| 55 | TOTAL FIXED | | 8,411 | 7% | 34,401 | 8% | 6,928 | 9% | 27,688 | 10% | 5,104 | 10% | 19,649 | 10% | 0 | 0% | 0 | 0% | 55 |
| 56 | TOTAL FIXED OVERHEAD | | 96,761 | 86% | 379,039 | 88% | 52,730 | 70% | 219,145 | 75% | 31,117 | 62% | 121,837 | 62% | 0 | 0% | 0 | 0% | 56 |
| 57 | TOTAL EXPENSES | | 96,761 | 86% | 379,039 | 88% | 52,730 | 70% | 219,145 | 75% | 31,117 | 62% | 121,837 | 62% | 0 | 0% | 0 | 0% | 57 |
| 58 | DEPARTMENT PROFIT OR LOSS | | 2,346 | 2% | 4,227 | 1% | 10,792 | 14% | 29,994 | 10% | 43,773 | 88% | 165,334 | 84% | | | | | 58 |
| 59 | CUSTOMER PARTS GROSS TRANSFER | | 13,303 | 12% | 49,382 | 11% | 11,711 | 16% | 41,662 | 14% | (25,014) | -50% | (91,044) | -46% | | | | | 59 |
| 60 | PRORATION OF G&A | | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 0 | 0% | 60 |
| 61 | DEPT PROFIT OR LOSS AFTER TRSF & PRORAT | | 15,649 | 14% | 53,609 | 12% | 22,503 | 30% | 71,656 | 25% | 18,759 | 38% | 74,290 | 38% | | | | | 61 |
| 62 | SERVICE CUST POSTED LABOR RATES | | CARS & LD TRKS | | MD TRKS | | OTHER POSTED LABOR RATES | | | | MECHANICAL | | BODY SHOP | | | | | | 62 |
| 63 | CUSTOMER LABOR | 46XA | 110.00 | | 110.00 | | WARRANTY | | 462/472 | | 107.02 | | 74.78 | | | | | | 63 |
| 64 | EXT. SERVICE CONTRACT LABOR | 46XB | 0.00 | | 0.00 | | INTERNAL | | 463/473 | | 85.00 | | 55.00 | | | | | | 64 |
| 65 | QUICK-SERVICE / GOODWRENCH LAB | 46XC | 0.00 | | 0.00 | | BODY SHOP - PAINT LABOR | | 470 | | | | 34.00 | | | | | | 65 |
| 66 | | | | | | | BODY SHOP - BODY LABOR | | 471 | | | | 75.00 | | | | | | 66 |