FILED
June 20, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D80

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | |
|---|---|
| **Case Title :** | Peters Real Estate Holdings, LLC **Case No :** 11-24137 - D - 11 **Date : Time :** |
| **Matter :** | [23] - Motion for Relief from Automatic Stay [KMR-1] Filed by Creditor Falcon 2003-1 Manteca 818017 LLC (Fee Paid $150) (cmcs) |
| **Judge :** | Robert S. Bardwil |
| **Courtroom Deputy :** | Nancy Williams |
| **Reporter :** | Diamond Reporters |
| **Department :** | D |

**APPEARANCES for :**
**Movant(s) :**
    Creditor's Attorney - Gregory Korman
**Respondent(s) :**
    Debtor(s) Attorney - Ian MacDonald
(by phone)    Creditor's Attorney - Steven Altman

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are included in the court's minutes.

IT IS ORDERED that the stay is modified and conditioned upon the following:

1. The debtor shall make additional adequate protection payments of $19,000.00 to the Movant, so that the payment is to be received by Movant, no later than July 6, 2011, August 3, 2011 and September 7, 2011.

2. If the debtor fails to comply with either of the above requirements, the Movant shall be entitled to have the stay terminated upon ex-parte application to the court.

The hearing on the motion is continued to September 14, 2011 at 10:00 a.m.. The debtor may file any further pleading or evidence in opposition to the motion no later than September 1, 2011. The Movant may file any further reply no later than September 7, 2011.