UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
CIVIL MINUTES

| | |
|---|---|
| **Case Title :** | Peters Real Estate Holdings, LLC |
| **Case No :** | 11-24137 - D - 11 |
| **Date :** | 6/29/11 |
| **Time :** | 01:00 |
| **Matter :** | [54] - Disclosure Statement Filed by Debtor Peters Real Estate Holdings, LLC (jdas) |
| **Judge :** | Robert S. Bardwil |
| **Courtroom Deputy :** | Nancy Williams |
| **Reporter :** | Diamond Reporters |
| **Department :** | D |

**APPEARANCES for :**
**Movant(s) :**
(by phone)   Debtor(s) Attorney - Ian MaDonald
**Respondent(s) :**
   Creditor's Attorney - Gregory Korman, Steven Altman (phone), Scott Jordon (phone)

HEARING CONTINUED TO: 7/7/11 at 10:00 AM Request of Parties

The hearing was continued for the following reason(s):
Creditor to file a motion to dismiss case.

BRIEFING SCHEDULE:
Opposition: 7-5-11